No. 597 MAL 2017

Supreme Court of Pennsylvania.

December 27, 2017

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Carlos R. GARCIA, Petitioner**

No. 497 MAL 2017

Supreme Court of Pennsylvania.

December 27, 2017

**820**

## ORDER

PER CURIAM

AND NOW, this 27th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.